*Hellerstein, J.*

**ANDREW JOHN CALCAGNO** (AC 3085)
Attorney At Law
404 Manor Road
Staten Island, New York 10314
(718) 815-0200

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

---------------------------------------------------------X

RICHARD ABONDOLO, as Chairman of the Board of : Case No. 07-cv-11093(AKH)(AJP)
Trustees of UFCW LOCAL 342 HEALTH CARE FUND; : ECF CASE
RICHARD ABONDOLO, as Chairman of the Board of :
Trustees of UFCW LOCAL 50 PENSION FUND, :

    Petitioner(s), : **STIPULATION OF**
                                : **DISMISSAL PURSUANT TO**
    -against- : **FRCVP 41(a)(1)(i)**

H & S ROSNER MEATS INC. a/k/a H & S ROSNER, :

    Respondent. :

---------------------------------------------------------X

IT IS HEREBY STIPULATED by the undersigned attorney for the Petitioners that the above-captioned action is dismissed.

*[signature]*

ANDREW JOHN CALCAGNO
CALCAGNO & ASSOCIATES
ATTORNEYS AT LAW, LLC
Attorneys for Petitioners

Date: _____01/28/08_____

*[signature]*
U.S.D.J.

-1-