**ANDREW JOHN CALCAGNO** (AC 3085)
Attorney At Law
404 Manor Road
Staten Island, New York 10314
(718) 815-0200



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____X

RICHARD ABONDOLO, as Chairman of the Board of : Case No. 07-cv-11093(AKH)(AJP)
Trustees of UFCW LOCAL 342 HEALTH CARE FUND; : ECF CASE
RICHARD ABONDOLO, as Chairman of the Board of :
Trustees of UFCW LOCAL 50 PENSION FUND, :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　Petitioner(s), : **STIPULATION OF**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: **DISMISSAL PURSUANT TO**
　　-against- : **FRCVP 41(a)(1)(i)**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
H & S ROSNER MEATS INC. a/k/a H & S ROSNER, :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　Respondent. :
_____X

IT IS HEREBY STIPULATED by the undersigned attorney for the Petitioners that the above-captioned action is dismissed.

_____
ANDREW JOHN CALCAGNO
CALCAGNO & ASSOCIATES
ATTORNEYS AT LAW, LLC
Attorneys for Petitioners

So ordered
2/1/08

Date: _____01/28/08_____

-1-